IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HILLSBORO EQUIPMENT, INC.,

                                                                        ORDER

        Plaintiff,

                                                        12-cv-72-bbc

    v.

DEAN C. HENNING,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This court granted plaintiff Hillsboro Equipment, Inc.'s request for attorney fees and costs in connection with an improper attempt by defendant Dean C. Henning to remove this case from state court. Plaintiff was given an opportunity to file an affidavit of costs and fees, which it did on August 2, 2012; dkt. #10, defendant had until August 21, 2012, in which to file objections to the request, but the date passed without any filing.

      From my review of the affidavit filed by plaintiff's counsel, I am persuaded that plaintiff's request for fees should be granted. Plaintiff is asking for total fees of $955.50, plus expenses for photocopying and postage of $6.90. The request is modest and amply justified by the work required to defend against defendant's effort to remove this case to federal court.

1

ORDER

IT IS ORDERED that plaintiff Hillsboro Equipment, Inc.'s request for attorney fees and costs is GRANTED in the amount of $962.40.

Entered this 28th day of September, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge