IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HILLSBORO EQUIPMENT, INC.,

    Plaintiff,

v.

DEAN C. HENNING,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-72-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Hillsboro Equipment, Inc.'s request for attorney fees and costs against defendant Dean C. Henning in the total amount of $962.40.

_____    10/2/12
Peter Oppeneer, Clerk of Court           Date